**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**TIFFANY S. YANG, ESQ.**
Nevada Bar No.: 15353
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ZEPEDA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VDARA CONDO HOTEL, LLC, a Delaware Domestic Limited-Liability Company d/b/a VDARA; and DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive;<br><br>Defendants. | Case No.: 2:21-cv-00522-APG-BNW<br><br>**AMENDED STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>SUBMITTED IN COMPLIANCE WITH LR 26-1(b)) |

**AMENDED STIPULATED DISCOVERY PLAN**

Plaintiff KIMBERLY ZEPEDA and Defendant VDARA CONDO HOTEL, LLC., by and through their respective attorneys of record, hereby submit this Stipulated Discovery Plan and Scheduling Order:

**1. Fed. R. Civ. P. 26(a) Initial Disclosures:**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Court 26-1(d), on May 4, 2021, counsel for Plaintiff, Kyle R. Tatum, Esq. and counsel for Defendant, Jason Sifers, Esq., conducted a meeting to discuss the relevant issues for discovery, possible early resolution of the matter, and other pertinent issues. Pursuant to these discussions, the parties agree that they will exchange initial disclosures on or before **Tuesday, May 18, 2021.**

**2. Discovery Cut-Off Date:**

The parties request a discovery period of 180 days from March 10, 2021, the date the Defendant responded to the Complaint. Accordingly, all discovery must be completed no later than **Tuesday, October 12, 2021.**

**3. Amending the Pleadings and Adding Parties:**

The date for filing motion to amend the pleadings or add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **Wednesday, July 14, 2021.**

**4. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **Friday, August 13, 2021**, and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **Monday, September 13, 2021** [Deadline falls on Sunday and is therefore moved to Monday].

**5. Dispositive Motions:**

The parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **Thursday, November 11, 2021.**

**6. Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **Monday, December 13, 2021.**

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the parties shall file the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto with the

Pretrial Order pursuant to LR 26-1(b)(6) in the Joint Pretrial Order, not more than thirty (30) days after the date set for filing dispositive motions, and, therefore, not later than **Monday, December 13, 2021.**

**8. Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

**9. Alternative Forms of Case Disposition:**

The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**10. Electronic Evidence:**

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. Discussions between the parties will be ongoing as the trial date approaches and they stipulate that they intend to present any electronic evidence in a format compatible with the court's electronic jury evidence display system.

…

…

…

…

…

…

…

…

…

…

**11. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days before the expiration of the subject deadline.

Dated this 20th day of May, 2021                                    Dated this 20th day of May, 2021

Respectfully submitted,                                              Respectfully submitted,


 /s/ Kyle R. Tatum, Esq.                                              /s/Jason Sifers, Esq.
PATRICK W. KANG, ESQ.                                         JASON SIFERS, ESQ.
KYLE R. TATUM, ESQ.                                             MGM RESORTS INTERNATIONAL
TIFFANY S. YANG, ESQ.                                           *Attorneys for Defendant*
KANG & ASSOCIATES, PLLC                                   *VDARA CONDO HOTEL, LLC*
*Attorneys for Plaintiff*
*KIMBERLY ZEPEDA*


### ORDER

IT IS ORDERED that the parties' amended stipulated DPSO (ECF No. 23) is GRANTED. IT IS FURTHER ORDERED that ECF No. 21 is DENIED as moot.

**IT IS SO ORDERED**

**DATED:** 11:51 am, May 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**