**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**TIFFANY S. YANG, ESQ.**
Nevada Bar No.: 15353
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ZEPEDA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VDARA CONDO HOTEL, LLC, a Delaware Domestic Limited-Liability Company d/b/a VDARA; and DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive;<br><br>Defendants. | Case No.: 2:21-cv-00522-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff, KIMBERLY ZEPEDA and Defendant, VDARA CONDO HOTEL, LLC., through their respective attorneys of record, hereby submit this Stipulation and Order for Dismissal of the above-captioned matter in its entirety.

This matter has been resolved among the parties. Therefore, in the interest of justice and efficacy, the parties have agreed that this matter shall be dismissed with prejudice, and each party will be responsible for their own costs and fees associated with this case. Now Therefore:

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that the parties have agreed that this matter be dismissed with prejudice and each party will be responsible for their own costs

*1 |*

and fees associated with this case.

Dated this  11th  day of August, 2021          Dated this  11th  day of August, 2021

Respectfully submitted,                         Respectfully submitted,

 /s/Kyle R. Tatum, Esq.                          /s/Jason Sifers, Esq.
PATRICK W. KANG, ESQ.                           JASON SIFERS, ESQ.
KYLE R. TATUM, ESQ.                             MGM RESORTS INTERNATIONAL
TIFFANY S. YANG, ESQ.                           *Attorneys for Defendant*
KANG & ASSOCIATES, PLLC                         *VDARA CONDO HOTEL, LLC*
*Attorneys for Plaintiff*
*KIMBERLY ZEPEDA*

**ORDER**

**IT IS SO ORDERED.**

Dated this ___ day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
**KANG & ASSOCIATES**

/s/Kyle R. Tatum, Esq.
**PATRICK W. KANG, ESQ.**
Nevada Bar No. 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No. 013264
**TIFFANY S. YANG, ESQ.**
Nevada Bar No.: 015353
6480 W. Spring Mtn Rd Ste. 1
Las Vegas, NV 89146
P: 702.33.4223
*Attorneys for Plaintiff*

**KANG & ASSOCIATES, PLLC.**
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

### **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of KANG & ASSOCIATES, PLLC., over the age of 18, neither a party to nor interested in this matter; that on this 11th day of August, 2021, I served a copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, as follows:

____X____   by **electronic** filing notification where specified on the attached service list:

_____   by **mailing** a copy thereof enclosed in a sealed envelope with postage prepaid in in the United States Mail at Las Vegas, Nevada, to the counsel of record at the following address:

_____   by **facsimile** transmission, pursuant to NRCP(5)(b) and EDCR 7.26, to the following fax number:

TO:   Jason Sifers, Esq.
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
P: (702) 692-1289
P: (702) 692-1937
F: (702) 669-4501
*Attorneys for Defendant*
*Vdara Condo Hotel, LLC*

/s/Heather Caifano
An Employee of KANG & ASSOCIATES

*3 |*

**From:** Sifers, Jason <jsifers@mgmresorts.com>
**Sent:** Wednesday, August 11, 2021 1:09 PM
**To:** ktatum acelawgroup.com <ktatum@acelawgroup.com>
**Subject:** RE: Zepeda v. Vdara

Thanks Kyle. You can sign my name. Note the old caption is still there as well, but if you remove that this is good to go.


**Jason Sifers**
Legal Counsel
MGM Resorts International®
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118
702-692-5672
jsifers@mgmresorts.com

This email may contain information that is confidential and/or attorney work product to be reviewed and used only by the intended recipient. Any review of, reliance on or distribution by others or forwarding without express permission is prohibited. If you are not the intended recipient, please contact the sender and delete all copies. IF THIS MESSAGE IS ADDRESSED TO AN OWNER OR EMPLOYEE OF OR ATTORNEY PERFORMING SERVICES FOR MGM RESORTS INTERNATIONAL IT IS A CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION.

**From:** ktatum acelawgroup.com <ktatum@acelawgroup.com>
**Sent:** Wednesday, August 11, 2021 12:49 PM
**To:** Sifers, Jason <jsifers@mgmresorts.com>
**Subject:** [EXTERNAL] Zepeda v. Vdara

Attached is the proposed SAO. Let me know if you have any changes, or if I can affix your e-signature.

Thanks.

--
Kyle R. Tatum, Esq.
Partner
*Se habla español*

KANG & ASSOCIATES, PLLC
ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
www.acelawgroup.com