**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**TIFFANY S. YANG, ESQ.**
Nevada Bar No.: 15353
**KANG & ASSOCIATES, PLLC**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY ZEPEDA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>VDARA CONDO HOTEL, LLC, a Delaware Domestic Limited-Liability Company d/b/a VDARA; and DOES 1-25 inclusive; and ROE CORPORATIONS 1-25 inclusive;<br><br>Defendants. | Case No.: 2:21-cv-00522-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff, KIMBERLY ZEPEDA and Defendant, VDARA CONDO HOTEL, LLC., through their respective attorneys of record, hereby submit this Stipulation and Order for Dismissal of the above-captioned matter in its entirety.

This matter has been resolved among the parties. Therefore, in the interest of justice and efficacy, the parties have agreed that this matter shall be dismissed with prejudice, and each party will be responsible for their own costs and fees associated with this case. Now Therefore:

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that the parties have agreed that this matter be dismissed with prejudice and each party will be responsible for their own costs

and fees associated with this case.

Dated this 11th day of August, 2021                                   Dated this 11th day of August, 2021

Respectfully submitted,                                                          Respectfully submitted,


 /s/Kyle R. Tatum, Esq.                                                           /s/Jason Sifers, Esq.
PATRICK W. KANG, ESQ.                                                  JASON SIFERS, ESQ.
KYLE R. TATUM, ESQ.                                                         MGM RESORTS INTERNATIONAL
TIFFANY S. YANG, ESQ.                                                      *Attorneys for Defendant*
KANG & ASSOCIATES, PLLC                                             *VDARA CONDO HOTEL, LLC*
*Attorneys for Plaintiff*
*KIMBERLY ZEPEDA*

**ORDER**

**IT IS SO ORDERED.**

Dated this 12th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**KANG & ASSOCIATES**

/s/Kyle R. Tatum, Esq.
**PATRICK W. KANG, ESQ.**
Nevada Bar No. 010381
**KYLE R. TATUM, ESQ.**
Nevada Bar No. 013264
**TIFFANY S. YANG, ESQ.**
Nevada Bar No.: 015353
6480 W. Spring Mtn Rd Ste. 1
Las Vegas, NV 89146
P: 702.33.4223
*Attorneys for Plaintiff*